Andrew C. Schwartz (State Bar No. 064578)
Thom Seaton (State Bar No. 62713)
CASPER, MEADOWS & SCHWARTZ
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
Jeffrey I. Schwarzschild (State Bar No. 192086)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, JIM MATHERON, in his individual and official capacities; and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

\ \ \

Petitioner states as follows:

1. I am a minor of the age of 17 years, born August 9, 1987.

2. I am about to commence an action in this court against the above-named defendants for Civil Rights violations.

3. I have no general guardian and no previous petition for appointment of guardian ad Litem has been filed in this matter.

4. Rhonda Bowers, whose address is 318 Minner Avenue, is my mother, and is a competent and responsible person, and fully competent to act as my guardian ad litem.

5  Rhonda Bowers is willing to act as a guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Rhonda Bowers as guardian ad litem of petitioner for the purpose of bringing action against the above named defendants on the claim hereinabove stated.

Dated: 5-7-05

RUSSELL MOYLE
Petitioner and Plaintiff

### CONSENT OF NOMINEE

I, RHONDA BOWERS, consent to act as guardian ad litem for the minor, RUSSELL MOYLE, in the above action.

DATED: 5-7-05

RHONDA BOWERS

\\\
\\\
\\\
\\\

CASPER, MEADOWS
& SCHWARTZ
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Moyle vs. Contra Costa County, et al.
PETITION & ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Page 2

## ORDER

The petition for an order appointing RHONDA BOWERS as guardian ad litem of Russell Moyle is GRANTED.

IT IS SO ORDERED.

DATED 8/15/05

JOSEPH C. SPERO
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Casper, Meadows & Schwartz
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Moyle vs. Contra Costa County, et al.*
PETITION & ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
Page 3