LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

CASPER, MEADOWS, SCHWARTZ & COOK
Andrew C. Schwartz, SBN 64578
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email: schwartz@cmslaw.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS, and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.<br><br>Defendants. | CASE NO: CIV.S.05-2324 JCS<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE: October 7, 2005<br>TIME: 1:30 p.m.<br>CTRM: A, 15th Floor<br>JUDGE: Hon. Joseph C. Spero |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Case Management Conference currently set for October 7, 2005, be reset to December 9, 2005, at 1:30 p.m., in Courtroom A, 15th Floor of the above entitled Court. Mark E. Merin and Andrew C. Schwartz, co-counsel for plaintiffs, will both be out of the country on October 7, 2005, and will be unable to appear and represent plaintiffs. Mr. Merin will be out of the county through October 18, and due to previously scheduled Court hearings, depositions and other scheduled meetings, counsel for both plaintiffs and defendants will be unavailable through the month of November up until December 9, 2005.

Page 1 of 2

RUSSELL MOYLE, et al. v. CONTRA COSTA COUNTY, et al.
STIPULATED REQUEST TO RESET CMC; PROPOSED ORDER
USDC, Northern District, Case No. C 05-2324 JCS

DATED: _____, 2005   Respectfully submitted,

          LAW OFFICE OF MARK E. MERIN
          CASPER MEADOWS, SCHWARTZ & COOK

BY: /s/
    Andrew C. Schwartz
    Attorney for Plaintiffs

DATED: _____, 2005   Respectfully submitted,

          MCNAMARA, DODGE, NEY, BEATTY,
          SLATTERY, PFALZER & BORGES, LLP

BY: /s/
    James V. Fitzgerald, III
    Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 9, 2005, at 1:30 p.m., in Courtroom A, 15th Floor of the above-referenced court. Case Management Statements shall be filed with the Court no later than 5 court days preceding the Case Management Conference.

DATED: 9/26/5

HON. JOSEPH C. SPERO
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT