JAMES V. FITZGERALD, III (State Bar No. 55632)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CONTRA COSTA COUNTY; CONTRA COSTA COUNTY
PROBATION DEPARTMENT; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER LIONEL CHATMAN, in his
individual and official capacities; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER FOR JUVENILE HALL,
NANCY MILLER, in her individual and official capacities

Andrew C. Schwartz (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:      (925) 947-1147
Facsimile:       (925) 947-1131
E-Mail:  Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
Jeffrey I. Schwarzschild (State Bar No. 192086)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:      (916) 443-6911
Facsimile:       (916) 447-8336
E-Mail:  mark@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated, | Case No. C05-02324JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

UPDATED JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

|   |   |
|---|---|
| Plaintiffs, | |
| vs. | |
| CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 THROUGH 100, | |
| Defendant. | |

Since the last Case Management Conference in this matter on August 4, 2006, the following has occurred. Plaintiffs served their fourth set of requests for production of documents on all defendants on August 29, and, after numerous extensions of time to respond granted by plaintiffs, defendants served substantial responses on November 1, 2006. This discovery was propounded in an attempt to determine the number of persons in the class defined by the allegations in the complaint. As I indicated in correspondence to the Court dated October 31, 2006, Defendants have not completed their responses to Plaintiffs discovery but they anticipate being able to do so by December 1, 2006.

Additionally, the depositions of the following members of Contra Costa County Probation Department have been taken: Defendants Lionel Chatman and Nancy Miller, and Probation employees Michelle Schulze, Belinda Stewart, James White, and Charles Gonsalves. Although, counsel for Plaintiffs initially agreed to postpone the depositions of retired Contra Costa County Probation Department employees because their testimony was not relevant on the class issues until mediation occurred, Plaintiffs have now requested these depositions go forward and the depositions of former employees Charles Richards, Fahim Fahimie, Jerry Lawrence, and Joe Davis are in the process of being scheduled. It is anticipated these depositions will be completed no later than December 15, 2006 but more than likely prior to December 1, 2006. The deposition of former Probation employee Nikita Hughes is scheduled for November 28, 2006.

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT             2

Counsel for Defendants believe that they need additional time to respond to aspects of Plaintiffs' outstanding discovery in this case so that the class numbers that are identified can be defended against any concerns raised by Plaintiffs' counsel.

As a result of these circumstances the dates in the court's pre-trial order of August 8, 2006 will not be met. Accordingly, counsel for the parties have met and conferred and authorized counsel for Defendants to send the court the letter dated October 31, 2006, and have met and conferred with the regarding following proposed dates.

1. Private mediation shall occur no later than February 16, 2007. The parties shall submit a letter to the court with the name of the mediator and the mediation date by December 1, 2006;

2. An updated Joint Case Management Conference Statement shall be due on February 23, 2007 which shall include a proposed schedule for the remainder of the case;

3. a further Case Management Conference to be set for March 2, 2007 at 1:30 p.m.;

4. Plaintiffs shall file their motion for class certification by March 19, 2007. The parties shall negotiate a proposed briefing schedule.

Dated: November 9, 2006        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP


By: _____/s/_____
James V. Fitzgerald, III
Attorneys for Defendant
CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities

IT IS HEREBY ORDERED that the further case management conference, set for 11/17/06 at 1:30 p.m., has been continued to 3/2/7 at 1:30 PM.

Dated: Nov. 14, 2006



UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                    3