JAMES V. FITZGERALD, III (State Bar No. 55632)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CONTRA COSTA COUNTY; CONTRA COSTA COUNTY
PROBATION DEPARTMENT; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER LIONEL CHATMAN, in his
individual and official capacities; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER FOR JUVENILE HALL,
NANCY MILLER, in her individual and official capacities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 THROUGH 100,<br><br>　　　　　Defendant. | Case No. C05-02324JCS<br><br>**STIPULATION TO CONTINUE DATE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: March 23, 2007<br>Time: 1:30 P.M.<br>Ctrm: A, 15th Floor<br>Judge: Magistrate Judge Spero |

It is hereby stipulated by counsel for the parties that the re-scheduled further case management conference in this matter presently scheduled for March 9, 2007 at 1:30 p.m. be

STIPULATION TO CONTINUE DATE OF
FURTHER CASE MANAGEMENT
CONFERENCE

1  continued to March 23, 2007 at 1:30 p.m., Courtroom A, 15th Floor, 450 Golden Gate Avenue ,
2  San Francisco, CA. The updated joint case management conference statement shall be due, if
3  needed, by March 16, 2007.

4  Dated: February ___, 2007        Casper, Meadows, Schwartz and Cook

6                                   By:  /s/
7                                        Andrew C. Schwartz
                                         Attorney for Plaintiff

8  Dated: February ___, 2007        Law Office of Mark Merin

10                                  By:  /s/
11                                       Mark Merin
                                         Attorney for Plaintiff

12 Dated:  February 16, 2007        McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                    PFALZER, BORGES & BROTHERS LLP

15                                  By:  /s/
                                         James V. Fitzgerald, III
                                         Attorneys for Defendant
16                                       CONTRA COSTA COUNTY; CONTRA COSTA
                                         COUNTY PROBATION DEPARTMENT; CONTRA
17                                       COSTA COUNTY CHIEF PROBATION OFFICER
                                         LIONEL CHATMAN, in his individual and official
18                                       capacities; CONTRA COSTA COUNTY CHIEF
                                         PROBATION OFFICER FOR JUVENILE HALL,
19                                       NANCY MILLER, in her individual and official
                                         capacities

23 Dated:  February 26, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION TO CONTINUE DATE OF          2
FURTHER CASE MANAGEMENT
CONFERENCE