Andrew C. Schwartz (State Bar No. 064578)
Thom Seaton (State Bar No. 62713)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 THROUGH 100,<br><br>    Defendants. | Case No. C05-02324 JCS<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Moyle vs. Contra Costa County, et al.*      Page 1
STIPULATION RE: FILING OF MOTION FOR CLASS CERTIFICATION

It is hereby stipulated by and between the parties that the plaintiffs shall have up to an additional 60 days from March 19, 2007 to file their motion for class certification in the above-entitled matter.

DATED: March 16, 2007     Respectfully submitted,

LAW OFFICE OF MARK E. MERIN
CASPER MEADOWS, SCHWARTZ & COOK

BY:      /s/ - "Andrew Schwartz"
         Andrew C. Schwartz
         Attorney for Plaintiffs

DATED: March 16, 2007     Respectfully submitted,

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES, LLP

BY:      /s/ - "James Fitzgerald"
         James V. Fitzgerald, III
         Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that plaintiffs shall have up to an additional 60 days from March 19, 2007 to file their motion for class certification in the above-entitled matter.

DATED: March 19, 2007

HON. JOSEPH C. SPERO
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Moyle vs. Contra Costa County, et al.*  Page 2
STIPULATION RE: FILING OF MOTION FOR CLASS CERTIFICATION