JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CONTRA COSTA COUNTY; CONTRA COSTA COUNTY
PROBATION DEPARTMENT; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER LIONEL CHATMAN, in his
individual and official capacities; CONTRA COSTA COUNTY
CHIEF PROBATION OFFICER FOR JUVENILE HALL,
NANCY MILLER, in her individual and official capacities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 THROUGH 100,<br><br>Defendant. | Case No. C05-02324JCS<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>Judge:        Magistrate Judge Spero |

/ / /

STIPULATION AND ORDER SETTING THE
BRIEFING SCHEDULE FOR THE CLASS
CERTIFICATION MOTION

It is hereby stipulated by counsel for the parties that the following briefing schedule is set for Plaintiffs motion for class certification:

| | | |
|---|---|---|
| 1. | Plaintiffs' motion for class certification due filed by | <u>May 18, 2007</u> |
| 2. | Plaintiffs' Depositions | <u>May 29, 2007</u> |
| 3. | Defendants opposition to class certification due filed by | <u>June 22, 2007</u> |
| 4. | Plaintiffs' reply papers for the motion due filed by | <u>July 6, 2007</u> |
| 5. | Hearing on class certification motion | <u>August 17, 2007 at 1:30 P.M.</u> |

Dated: May 21, 2007        CASPER, MEADOWS, SCHWARTZ AND COOK

By: _____
    Andrew C. Schwartz, Esq.
    Attorney for Plaintiff

Dated: May 21, 2007        LAW OFFICE OF MARK MERIN

By: _____
    Mark Merin, Eqs.
    Attorney for Plaintiff

Dated: May 21, 2007        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
    James V. Fitzgerald, III, Esq. / Noah G. Blechman Esq.
    Attorneys for Defendants
    CONTRA COSTA COUNTY et al.

Dated: May 21, 2007        O'MELVENY & MYERS

By: _____
    Peter Obstler, Esq.
    Attorneys for Defendants
    CONTRA COSTA COUNTY et al.

STIPULATION AND ORDER SETTING THE
BRIEFING SCHEDULE FOR THE CLASS      2
CERTIFICATION MOTION

# ORDER

The above listed dates, as stipulated to by the parties, are hereby adopted and so ordered. The hearing on Plaintiffs' Motion for Class Certification is now set for ___August 17___, 2007, at _1:30_ (a.m./p.m.) in this Department. The prior date noticed for the hearing is hereby vacated. A further case management conference is also set for August 17, 2007, at 1:30 p.m. A joint updated case management conference statement shall be due by August 10, 2007. IT IS SO ORDERED.

Dated: __5/29/07__, 2007   By: 
Honorable
United States District Judge

STIPULATION AND ORDER SETTING THE BRIEFING SCHEDULE FOR THE CLASS CERTIFICATION MOTION     3

It is hereby stipulated by counsel for the parties that the following briefing schedule is set for Plaintiffs motion for class certification:

1. Plaintiffs' motion for class certification due filed by     May 18, 2007
2. Plaintiffs' Depositions     May 29, 2007
3. Defendants opposition to class certification due filed by     June 22, 2007
4. Plaintiffs' reply papers for the motion due filed by     July 6, 2007
5. Hearing on class certification motion     August 17, 2007 at 1:30 P.M.

Dated: May 21, 2007     CASPER, MEADOWS, SCHWARTZ AND COOK

By: _____
Andrew C. Schwartz, Esq.
Attorney for Plaintiff

Dated: May 21, 2007     LAW OFFICE OF MARK MERIN

By: _____
Mark Merin, Eqs.
Attorney for Plaintiff

Dated: May 21, 2007     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III, Esq. / Noah G. Blechman Esq.
Attorneys for Defendants
CONTRA COSTA COUNTY et al.

Dated: May 21, 2007     O'MELVENY & MYERS

By: _____
Peter Obstler, Esq.
Attorneys for Defendants
CONTRA COSTA COUNTY et al.

STIPULATION AND ORDER SETTING THE
BRIEFING SCHEDULE FOR THE CLASS     2
CERTIFICATION MOTION

It is hereby stipulated by counsel for the parties that the following briefing schedule is set for Plaintiffs motion for class certification:

1. Plaintiffs' motion for class certification due filed by     May 18, 2007
2. Plaintiffs' Depositions                                      May 29, 2007
3. Defendants opposition to class certification due filed by    June 22, 2007
4. Plaintiffs' reply papers for the motion due filed by         July 6, 2007
5. Hearing on class certification motion                        August 17, 2007 at 1:30 P.M.

Dated: May 21, 2007        CASPER, MEADOWS, SCHWARTZ AND COOK

By: _____
    Andrew C. Schwartz, Esq.
    Attorney for Plaintiff

Dated: May 21, 2007        LAW OFFICE OF MARK MERIN

By: _____
    Mark Merin, Eqs.
    Attorney for Plaintiff

Dated: May 21, 2007        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
    James V. Fitzgerald, III, Esq. / Noah G. Blechman Esq.
    Attorneys for Defendants
    CONTRA COSTA COUNTY et al.

Dated: May 21, 2007        O'MELVENY & MYERS

By: _____
    Peter Obstler, Esq.
    Attorneys for Defendants
    CONTRA COSTA COUNTY et al.

STIPULATION AND ORDER SETTING THE      2
BRIEFING SCHEDULE FOR THE CLASS
CERTIFICATION MOTION