UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL MOYLE, ET. AL,

    Plaintiff(s),

v.

CONTRA COSTA COUNTY, ET. AL,

    Defendant(s).

Case No. C-05-02324 JCS

**ORDER CONTINUING HEARING DATE**

Pursuant to stipulation of the parties, the Court had previously set a hearing on Plaintiffs' Motion for Class Certification [Docket No. 35] for August 17, 2007. Subsequently, Defendants filed a Motion for Summary Judgment [Docket No. 44], and noticed the hearing for the same date. Other matters have also resulted in unavoidable conflicts that prevent the Court from hearing the Motion for Class Certification as scheduled.

Accordingly, the Court ORDERS that the hearing on the Motion for Class Certification is continued until **October 12, 2007, at 9:30 a.m.** The hearing on the Motion for Summary Judgment is also continued until the same date and time. The briefing schedule with regard to the Motion for Class Certification, as set forth in the parties' stipulation and as ordered by the Court on May 29, 2007, shall remain in effect. The parties shall negotiate a briefing schedule with regard to the Motion for Summary Judgment, with the last brief being due not later than September 7, 2007.

IT IS SO ORDERED.

Dated: June 27, 2007

JOSEPH C. SPERO
United States Magistrate Judge