E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodian parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 through 100,<br><br>Defendants. | Case No. C05-02324 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE AND DISMISS PLAINTIFF RUSSELL MOYLE<br><br>Date:   October 12, 2007<br>Time:  9:30 a.m.<br>Place:  450 Golden Gate Ave.<br>           (Courtroom 15)<br>Judge: Hon. Joseph C. Spero |

## RECITALS

**WHEREAS,** the plaintiffs in the above captioned action ("Plaintiffs") and defendants Contra Costa County, Lionel Chatman, and Nancy Miller ("Contra Costa" or "Defendants") met and conferred on June 21, 2007 to discuss the filing of a joint statement of undisputed facts as required by this Court's Standing Order;

**WHEREAS,** Contra Costa and Plaintiffs agreed that the Motion for Class Certification and the Motion for Summary Judgment should be heard together at a date later than August 17, 2007, the prior scheduled hearing date for the Motion for Class Certification, due to set travel schedules and the extra time and effort necessary to prepare for the additional hearing on the Motion for Summary Judgment;

**WHEREAS,** Plaintiffs have requested an extra week to file and serve their reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification, and Defendants have no objection;

**WHEREAS,** Plaintiffs agreed to dismiss with prejudice all claims on behalf of Russell Moyle and that Moyle was no longer a named or putative party to this lawsuit;

**WHEREAS,** the Court issued an Order Continuing Hearing dated June 27, 2007 consolidating Plaintiffs' Motion for Class Certification and Defendants' Motion for Summary Judgment for hearing on October 12, 2007; and

**WHEREAS,** the Court ordered the parties to meet and confer and come up with a briefing schedule for Defendants' Motion for Summary Judgment in which all motion papers must be submitted to the Court on or before September 7, 2007.

## STIPULATION

**NOW THEREFORE,** the parties hereby stipulate as set forth below:

1. The following modifications to the briefing schedule for the Motion for Class Certification and the briefing schedule for the Motion for Summary Judgment be adopted:

    a. Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification, which is currently scheduled for filing and service no later than July 6, 2007, shall instead be filed and served no later than 5:00 PM on **Friday, July 20,**

STIPULATION & [PROPOSED] ORDER TO
AMEND BRIEFING SCHEDULE AND DISMISS
PLAINTIFF RUSSELL MOYLE – C05-02324 JCS

1   2007;

2   b.  Plaintiffs' response to Defendants' Motion for Summary Judgment, which was
3       filed and served on June 22, 2007, shall be filed and served no later than **Tuesday,**
4       **August 14, 2007**;

5   c.  Defendants' reply to Plaintiffs' response to Defendants' Motion for Summary
6       Judgment shall be filed and served no later than **Friday, September 7, 2007**;

7   2.  Russell Moyle's claims be dismissed with prejudice with each party to bear
8   costs. The parties have agreed, and Defendants have already filed, the Joint Statement of
9   Undisputed Facts removing all facts regarding Moyle, and have instead asserted these facts in
10  Defendants' Separate Statement of Undisputed Facts, filed on June 22, 2007.

Dated: June 26, 2007                  DEBRA S. BELAGA
                                      PETER OBSTLER
                                      JEE YOUNG YOU
                                      O'MELVENY & MYERS LLP


                                      By: /s/ Peter Obstler
                                          Peter Obstler
                                      Attorneys for Defendants
                                      County of Contra Costa, Contra Costa
                                      County Probation Department, Contra Costa
                                      County Chief Probation Officer Lionel
                                      Chatman, and Contra Costa County Chief
                                      Deputy Probation Officer for Juvenile Hall,
                                      Nancy Miller

Dated: June 26, 2007                  MARK E. MERIN
                                      ANDREW C. SCHWARTZ


                                      By: /s/ Andrew C. Schwartz
                                          Andrew C. Schwartz
                                      Attorneys for Plaintiffs
                                      Russell Moyle, a minor, by and through his
                                      Guardian Ad Litem, his custodial parent,
                                      Rhonda Bowers; Katherine Ermitano, a minor,
                                      by and through her Guardian Ad Litem, her
                                      custodian parent, Marlon Ermitano

I, Peter Obstler, am the ECF User whose ID and password are being used to file this

1  Stipulation And [Proposed] Order To Amend Briefing Schedule and Dismiss Plaintiff Russell
2  Moyle. In compliance with General Order 45, X.B., I hereby attest that Andrew C. Schwartz
3  have concurred in this filing.

By: /s// Peter Obstler
     Peter Obstler

Dated: June 26, 2007

O'MELVENY & MYERS LLP

DEBRA S. BELAGA
PETER OBSTLER
JEE YOUNG YOU
O'MELVENY & MYERS LLP


By: /s/ Peter Obstler
    Peter Obstler
Attorneys for Defendants
County of Contra Costa, Contra Costa County
Probation Department, Contra Costa County
Chief Probation Officer Lionel Chatman, and
Contra Costa County Chief Deputy Probation
Officer for Juvenile Hall, Nancy Miller


**ORDER**

IT IS SO ORDERED.

DATED: 6/29/07 , 2007

Hon. Joseph C. Spero

SF1:678570.3

3


1  JAMES V. FITZGERALD, III (S.B. #055632) -
   james.fitzgerald@mcnamaralaw.com
2  McNAMARA, DODGE, NEY, BEATTY,
   SLATTERY, PFALZER & BORGES LLP
3  1211 Newell Ave.
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone:    (925) 939-5330
5  Facsimile:    (925) 939-0203

6  DEBRA S. BELAGA (S.B. #083237) – dbelaga@omm.com
   PETER OBSTLER (S.B. #171623) – pobstler@omm.com
7  JEE YOUNG YOU (S.B. #241648) - jyou@omm.com
   O'MELVENY & MYERS LLP
8  Embarcadero Center West
   275 Battery Street
9  San Francisco, CA 94111-3305
   Telephone:    (415) 984-8700
10 Facsimile:    (415) 984-8701

11 Attorneys for Defendants
   County of Contra Costa, Contra Costa County Probation
12 Department, Contra Costa County Chief Probation Officer
   Lionel Chatman, and Contra Costa County Chief Deputy
13 Probation Officer for Juvenile Hall, Nancy Miller

14 MARK E. MERIN (S.B. #043849) - mark@markmerin.com
   LAW OFFICES OF MARK MERIN
15 2001 P Street, Suite 100
   Sacramento, CA 95811
16 Telephone:    (916) 443-6911
   Facsimile:    (916) 447-8336
17
   ANDREW C. SCHWARTZ (S.B. #064578) -
18 schwartz@cmslaw.com
   CASPER, MEADOWS & SCHWARTZ
19 California Plaza
   2121 North California Blvd., Suite 1020
20 Walnut Creek, CA 94596
   Telephone:    (925) 947-1147
21 Facsimile:    (925) 947-1131

22 Attorneys for Plaintiffs
   Russell Moyle, a minor, by and through his Guardian Ad
23 Litem, his custodial parent, Rhonda Bowers; Katherine
   Ermitano, a minor, by and through her Guardian Ad Litem,
24 her custodian parent, Marlon Ermitano

25

26

27

28

STIP. & [PROPOSED] ORDER TO AMEND
HEARING DATE AND BR. SCHEDULE AND
DISMISS PL. RUSSELL MOYLE – C05-02324 JCS