LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
2001 P Street, Suite 100
Sacramento, California  95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
Email: mark@markmerin.com

CASPER, MEADOWS, SCHWARTZ & COOK
Andrew C. Schwartz, SBN 64578
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email:  schwartz@cmslaw.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| RUSSELL MOYLE, a minor, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, et al.<br><br>   Defendants. | CASE NO: CIV.S.05-2324 JCS<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO THEIR ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UP TO A 35 PAGE BRIEF IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER  [Local Rule 7-11]**<br><br>DATE:        October 12, 2007<br>TIME:        9:30 a.m.<br>CTRM:      15<br>JUDGE:     Hon. Joseph C. Spero<br><br>**COMPLAINT FILED:** June 8, 2005<br>**TRIAL DATE:**          Not Set |

   Defendants object to Plaintiffs' request for leave to file a brief which exceeds the allotted 15 pages for a reply brief.  Plaintiffs have completed the reply brief in question.  It is 21 pages.

   Defendants' objections are based on various claims and accusations which Plaintiffs will not dignify with a response. Suffice to say new issues were raised in opposition to the class

certification motion, including the issues relating to the merits of plaintiffs' claims for damages and injunctive relief. This has necessitated a slightly longer brief.  Plaintiffs' counsel has proceeded in good faith at all times.

Accordingly, plaintiffs submit that it is reasonable to be granted permission to file the 21 page brief.

DATED: July 18, 2007                    Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN
                                        CASPER MEADOWS, SCHWARTZ & COOK

BY:  /s/ - "Mark E. Merin"
      Mark E. Merin
      Attorney for Plaintiff

**ORDER GRANTING LEAVE TO FILE UP TO A 22-PAGE REPLY BRIEF**

FOR GOOD CAUSE APPEARING, plaintiff's request to file up to a 21-page reply brief in support of their Motion for Class Certification is GRANTED.  Plaintiff may file a brief not to exceed 21 pages.

IT IS SO ORDERED.

Dated: __7/23/7_____

HON. _____
U.S.D. [Judge Joseph C. Spero] Northern District

RUSSELL MOYLE, et al. v. COUNTY OF CONTRA COSTA, et al.   Page 2   USDC, Northern District, Case No. CIV.S.05-2324 JCS
PLAINTIFF'S REPLY TO DEFS' OPPOSITION TO THEIR ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UP TO A 35 PAGE REPLY BRIEF
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

F:\WPWORK\MCNULTY\PLEADING\COMPLAIN.DOC