JAMES V. FITZGERALD, III (S.B. #055632)
McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP
1211 Newell Ave.
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203
Email: james.fitzgerald@mcnamaralaw.com

DEBRA S. BELAGA (S.B. #083237) – dbelaga@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
JEE YOUNG YOU (S.B. #241648) – jyou@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
County of Contra Costa, Contra Costa County Probation Department, Contra Costa County Chief Probation Officer Lionel Chatman, and Contra Costa County Chief Deputy Probation Officer for Juvenile Hall, Nancy Miller

ANDREW C. SCHWARTZ (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email: schwartz@cmslaw.com

MARK E. MERIN (S.B. #043849)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 through 100,<br><br>Defendants. | Case No. C05-02324 JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; DEFENDANTS' UNOPPOSED REQUEST FOR LEAVE TO FILE A REPLY BRIEF UP TO 21 PAGES; [PROPOSED] ORDER**<br><br>Date:    October 12, 2007<br>Time:   9:30 a.m.<br>Place:  Courtroom 15<br>Judge: Hon. Joseph C. Spero |

Defendants Contra Costa County, Contra Costa County Chief Probation Officer Lionel Chatman, and Contra Costa County Chief Deputy Probation Officer for Juvenile Hall, Nancy Miller ("Defendants" or "County") and Plaintiffs Katherine Ermitano on behalf of those similarly situated ("Plaintiffs") respectfully submit a Joint Updated Case Management Conference Statement pursuant to this Court's Order dated May 29, 2007.

## I. STATUS REPORT

### A. Amended Briefing Schedule.

On June 27, 2007, the Court continued the hearing on Plaintiffs' Motion for Class Certification and Defendants' Motion for Summary Judgment to October 12, 2007. On June 29, 2007, the Court also amended the briefing schedule for each of those motions as follows:

1. Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification was to be filed and served no later than 5:00 p.m. on **Friday, July 20, 2007**, and indeed, the reply was timely filed by Plaintiffs.

2. Plaintiffs' response to Defendants' Motion for Summary Judgment to be filed and served no later than **Tuesday, August 14, 2007**.

3. Defendants' reply to Plaintiffs' response to Defendants' Motion for Summary Judgment to be filed and served no later than **Friday, September 7, 2007**.

### B. Defendants' Request For Leave To File Up To A 21 Page Reply Brief In Support Of Their Motion for Summary Judgment.

On July 13, 2007, Plaintiffs filed an administrative request for leave to file a reply brief in support of their motion for class certification of up to 35 pages. On July 17, 2007, Defendants requested a surreply to address any new case law or arguments raised by Plaintiffs, to the extent that the Court allowed Plaintiffs to file a reply brief in excess of 15 pages. On July 23, the Court granted the Plaintiffs' leave to file a 21-page reply brief *nunc pro tunc*. The Court, however, did not rule on Defendants' request for a surreply.

On August 2, 2007, the parties met and conferred regarding Defendants' intent to request leave for a surreply and/or motion to strike. In agreeing to resolve the issues, Defendants agreed to make an administrative request at the case management conference, and Plaintiffs agreed not to

oppose, for leave to file a reply brief of an additional six pages. Accordingly, Defendants will and hereby do respectfully request leave to file a reply in support of their summary judgment motion of up to 21 pages pursuant to Civil Local Rule 7-3 (c), six of which will address the new issues raised in Plaintiffs' reply brief in support of its motion for class certification.

For the Court's convenience, the parties respectfully submit a proposed order granting Defendants leave to file a reply brief in support of its motion for summary judgment not to exceed to 21 pages.

Respectfully submitted,

Dated: August 10, 2007           O'MELVENY & MYERS LLP


                                  By: /s/ Peter Obstler
                                       Peter Obstler


Dated: August 10, 2007           McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                 PFALZER, BORGES & BROTHERS


                                  By: /s/ James V. Fitzgerald, III
                                       James V. Fitzgerald, III


Dated: August 10, 2007           CASPER, MEADOWS, SCHWARTZ & COOK and
                                 LAW OFFICE OF MARK E. MERIN


                                  By: /s/ Andrew C. Schwartz
                                       Andrew C. Schwartz

**ORDER**

For good cause and there being no opposition or objection from Plaintiffs, Defendants' request pursuant to Civil Local Rule 7-3 (c) to file a reply brief in support of their motion for summary judgment not to exceed 21 pages, six pages of which may address new issues and cases raised by Plaintiffs in their reply brief in support of Plaintiffs' motion for class certification, is hereby GRANTED.

IT IS SO ORDERED.

Dated: August __13__, 2007

BY