Mark E. Merin (State Bar No. 043849)
Cathleen A. Williams (State Bar No. 068029)
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California 95811
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Andrew C. Schwartz (State Bar No. 064578)
Thom Seaton (State Bar No. 62713)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 THROUGH 100, <br><br> Defendants. | Case No. C 05-2324 JCS <br><br> **VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANTS CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN AND CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL NANCY MILLER, IN THEIR INDIVIDUAL CAPACITIES ONLY [FRCP Rule 41(a)]; [PROPOSED] ORDER** <br><br> COMPLAINT FILED: June 8, 2005 <br> TRIAL DATE: Not Set |

---

1  It is hereby stipulated by and between the parties hereto that the below listed parties
2  only may be dismissed, as to their individual capacities only, with prejudice, each party to bear
3  their own costs:
4  • CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL
5    CHATMAN, in his individual capacity only
6  • CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR
7    JUVENILE HALL NANCY MILLER, in her individual capacity only.
8  The claims against these parties in their official capacities still remain.

DATED: November 13, 2005    Respectfully submitted,

LAW OFFICE OF MARK E. MERIN
CASPER MEADOWS, SCHWARTZ & COOK

BY: _____
Mark E. Merin
Attorneys for Plaintiffs

DATED: November 2, 2005    Respectfully submitted,

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES, LLP

BY: _____
James V. Fitzgerald, III
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that defendants CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual capacity only, and CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL NANCY MILLER, in her individual capacity only, may be, and are hereby, dismissed with prejudice, each party to bear their own costs.  The claims against these defendants in their official capacities still remain.

DATED:___ November 20, 2007 _____



HON. JOSEPH C. SPERO
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

*Moyle vs. Contra Costa County, et al .*  Page 3
VOLUNTARY DISMISSAL OF DEFS' CHATMAN & MILLER, INDIVIDUAL CAPACITIES ONLY; [~~PROPOSED~~] ORDER