1  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   JEE YOUNG YOU (S.B. #241648) – jyou@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA 94111-3305
4  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-870
5
   JAMES V. FITZGERALD, III (S.B. #055632)
6  McNAMARA, DODGE, NEY, BEATTY,
   SLATTERY, PFALZER & BORGES LLP
7  1211 Newell Ave.
   Post Office Box 5288
8  Walnut Creek, CA 94596
   Telephone:    (925) 939-5330
9  Facsimile:    (925) 939-0203
   Email: james.fitzgerald@mcnamaralaw.com
10
   Attorneys for Defendants
11 County of Contra Costa, Contra Costa County Probation
   Department, Contra Costa County Chief Probation Officer
12 Lionel Chatman, and Contra Costa County Chief Deputy
   Probation Officer for Juvenile Hall, Nancy Miller
13
   ANDREW C. SCHWARTZ (State Bar No. 064578)
14 CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
15 California Plaza
   2121 North California Blvd., Suite 1020
16 Walnut Creek, California 94596
   Telephone:    (925) 947-1147
17 Facsimile:    (925) 947-1131
   Email: schwartz@cmslaw.com
18
   MARK E. MERIN (S.B. #043849)
19 LAW OFFICES OF MARK E. MERIN
   2001 P Street, Suite 100
20 Sacramento, California 95814
   Telephone: (916) 443-6911
21 Facsimile: (916) 447-8336
   Email: mark@markmerin.com
22
   Attorneys for Plaintiffs
23

24 ///

25 ///

26 ///

27 ///

28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his individual and official capacities; CONTRA COSTA COUNTY CHIEF DEPUTY PROBATION OFFICER FOR JUVENILE HALL, NANCY MILLER, in her individual and official capacities; and DOES 1 through 100,<br><br>Defendants. | Case No. C05-02324 JCS<br><br>STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE CONTINUANCE UNTIL JANUARY 2009<br><br>Date:   August 22, 2008<br>Time:   1:30 p.m.<br>Place:  Courtroom 15<br>Judge:  Hon. Joseph C. Spero |

## **RECITALS**

**WHEREAS,** the Court set a case management conference hearing for August 22, 2008 at 1:30 p.m. in the above captioned case (the "Case Management Conference");

**WHEREAS,** the parties are engaged in a file review process outlined in Hon. Fern Smith's (ret.) July 14, 2008 letter to this Court, which the parties anticipate will be completed in about 90 days upon which the parties will attempt to engage in settlement discussions;

**WHEREAS,** the parties jointly wish to seek a continuance of the Status Conference until January 16, 2009;

///

///

///

///

## STIPULATION

**NOW THEREFORE,** the parties hereby stipulate and jointly request that the Court continue the Status Conference until 1:30 p.m. on January 16, 2009.

Respectfully submitted,

Dated: August 18, 2008                O'MELVENY & MYERS LLP

By: /s/ Peter Obstler
Peter Obstler

Dated: August 18, 2008                McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS

By: /s/ James V. Fitzgerald, III
James V. Fitzgerald, III

Dated: August 18, 2008                CASPER, MEADOWS, SCHWARTZ & COOK

By: /s/ Andrew C. Schwartz
Andrew C. Schwartz

Dated: August 18, 2008                LAW OFFICE OF MARK E. MERIN

By: /s/ Mark E. Merin
Mark E. Merin

## ORDER [Proposed]

Pursuant to the stipulation and joint request of the parties and good cause have been shown, the Case Management Conference initially scheduled in this matter for 1:30 p.m., Friday, August 22, 2008, is hereby continued until 1:30 p.m., Friday, January 16, 2009. The parties shall file a Joint Status Report no later than seven (7) days prior to the January 16 Case Management Conference.  No further continuances will be granted. - JCS

**SO ORDERED** this 19th day of August, 2008.

BY: _____
Hon. Joseph

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Joseph C. Spero / United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER
C05-02324 JCS

3