| | |
|---|---|
| 1 | **LAW OFFICE OF MARK E. MERIN**<br>Mark E. Merin, SBN 043849 |
| 2 | 2001 P Street, Suite 100<br>Sacramento, California 95811 |
| 3 | Telephone:   (916) 443-6911<br>Facsimile:    (916) 447-8336 |
| 4 | E-Mail:        mark@markmerin.com |
| 5 | **CASPER, MEADOWS, SCHWARTZ & COOK**<br>Andrew C. Schwartz, SBN 064578 |
| 6 | 2121 North California Blvd., Suite 1020<br>Walnut Creek, California 94596 |
| 7 | Telephone:   (925) 947-1147<br>Facsimile:    (925) 947-1131 |
| 8 | E-Mail:        Schwartz@cmslaw.com |
| 9 | Attorneys for Plaintiffs |
| 10 | **MCNAMARA, DODGE, NEY, BEATTY,**<br>**SLATTERY, PFALZER, BORGES & BROTHERS** |
| 11 | James Fitzgerald, III, SBN 55632<br>1211 Newell Avenue |
| 12 | Walnut Creek, CA 94596<br>Telephone:   (925) 939-5330 |
| 13 | Facsimile:    (925) 939-0203<br>E-Mail:        james.fitzgerald@mcnamaralaw.com |
| 14 | |
| 15 | **BINGHAM MCCUTCHEN, LLP**<br>Peter Obstler, SBN 171623 |
| 16 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 17 | Telephone:   (415) 393-2578<br>Facsimile:    (415) 262-9244 |
| 18 | E-Mail:        peter.obstler@bingham.com |
| 19 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, a minor, by and through his Guardian Ad Litem, his custodial parent, RHONDA BOWERS; KATHERINE ERMITANO, a minor, by and through her Guardian Ad Litem, her custodial parent, MARLON ERMITANO, and on behalf of themselves and all those similarly situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CONTRA COSTA COUNTY PROBATION DEPARTMENT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, in his official capacity; | Case No.   C05-02324 JCS<br><br>**STIPULATED REQUEST TO VACATE DATES FOR FURTHER CASE MANAGEMENT CONFERENCE, PRE-TRIAL CONFERENCE, AND TRIAL; [PROPOSED] ORDER**<br><br>**CMC**:           8/14/09<br>**PRE-TRIAL**: 8/28/09<br>**TRIAL**:        3/22/10<br>**CTRM**:       A, 15th Floor<br>**JUDGE**:      Hon. Joseph C. Spero, Magistrate |

1

CONTRA COSTA COUNTY CHIEF DEPUTY
PROBATION OFFICER FOR JUVENILE HALL,
NANCY MILLER, in her official capacity; and DOES
1 THROUGH 100,

        Defendants.

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the following Court dates be vacated:

- Further Case Management Conference – August 14, 2009
- Pre-Trial Conference  - August 28, 2009
- Trial – March 22, 2010

The reasons for this request are as follows. On July 8 and 9, 2009, the parties participated in mediation sessions presided over by the Honorable Fern M. Smith (Ret.).  Those mediation sessions were successful in that a pending settlement agreement was reached, subject to final approvals by both the Contra Costa County Board of Supervisors and the Court.  The parties are in the process of preparing the settlement documents to be submitted to the Court for its review and approval, and anticipate filing those documents on or before August 28, 2009.  Accordingly, the parties do not believe that there is any need for a further case management conference, Pre-Trial Conference or Trial date, as they anticipate the Court will approve the proposed settlement, and jointly request that the Court vacate the above-referenced dates.

Respectfully submitted,

DATED:  July 27, 2009        LAW OFFICES OF MARK MERIN

                                /s/ - "Mark E. Merin"
                        BY:_____
                              Mark Merin, Esq.
                              Attorneys for Plaintiffs

DATED:  July 27, 2009        CASPER, MEADOWS, SCHWARTZ & COOK

                                /s/ - "Andrew C. Schwartz"
                        BY:_____
                              Andrew C. Schwartz, Esq.
                              Attorneys for Plaintiffs

**STIPULATED REQUEST TO VACATE DATES FOR CMC, PRE-TRIAL CONFERENCE & TRIAL; [PROPOSED] ORDER**
*Moyle, et al. vs. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 05-02324 JCS

| | | |
|---|---|---|
| 1 | DATED: July 27, 2009 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

/s/ - "James V. Fitzgerald"
BY:_____
James V. Fitzgerald, III, Esq.
Attorneys for Defendants

DATED: July 27, 2009         BINGHAM MCCUTCHEN, LLP

/s/ - "Peter Obstler"
BY:_____
Peter Obstler, Esq.
Attorneys for Defendants

### ORDER

IT IS HEREBY ORDERED that the following Court dates be vacated:

- Further Case Management Conference – August 14, 2009
- Pre-Trial Conference - August 28, 2009
- Trial – March 22, 2010

It is further order that the Parties shall file with the Court, on or before August 28, 2009, their motion and other supporting papers requesting preliminary approval of settlement.

DATED: July 28, 2009         _____
HON. JOSEPH C. SPERO, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

3

**STIPULATED REQUEST TO VACATE DATES FOR CMC, PRE-TRIAL CONFERENCE & TRIAL; [PROPOSED] ORDER**
*Moyle, et al. vs. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 05-02324 JCS