1  **LAW OFFICE OF MARK E. MERIN**
Mark E. Merin, SBN 043849
2  Cathleen A. Williams, SBN 068029
W. Gordon Kaupp, SBN 226141
3  2001 P Street, Suite 100
Sacramento, California  95811
4  Telephone:      (916) 443-6911
Facsimile:       (916) 447-8336
5  E-Mail:          mark@markmerin.com

6  **CASPER, MEADOWS, SCHWARTZ & COOK**
Andrew C. Schwartz, SBN 064578
7  2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
8  Telephone:      (925) 947-1147
Facsimile:       (925) 947-1131
9  E-Mail:          Schwartz@cmslaw.com

10  Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  RUSSELL MOYLE, a minor, by and through his       Case No.   C05-02324 JCS
    Guardian Ad Litem, his custodial parent, RHONDA
14  BOWERS; KATHERINE ERMITANO, a minor, by         **PLAINTIFFS' REQUEST FOR A
    and through her Guardian Ad Litem, her custodial   RESETTING OF THE EXPEDITED CASE
15  parent, MARLON ERMITANO, and on behalf of       MANAGEMENT CONFERENCE;
    themselves and all those similarly situated,    [~~PROPOSED~~] ORDER**
16
                        Plaintiffs,                 **DATE**:      March 5, 2010
17                                                  **TIME**:       1:30 p.m.
    vs.                                             **CTRM**:      A, 15th Floor
18                                                  **JUDGE**:     Hon. Joseph C. Spero, Magistrate
    CONTRA COSTA COUNTY; CONTRA COSTA
19  COUNTY PROBATION DEPARTMENT; CONTRA
    COSTA COUNTY CHIEF PROBATION OFFICER
20  LIONEL CHATMAN, in his official capacity;
    CONTRA COSTA COUNTY CHIEF DEPUTY
21  PROBATION OFFICER FOR JUVENILE HALL,
    NANCY MILLER, in her official capacity; and DOES
22  1 THROUGH 100,

23                        Defendants.

24

25          TO THE HONORABLE JOSEPH C. SPERO AND TO COUNSEL:

26          On February 22, 2010, counsel for plaintiffs learned that the Court had set an expedited Case

27  Management Conference in the above-captioned matter for 1:30 p.m. on March 5, 2010.  Unfortunately

28  both of Plaintiff's Class Counsel are scheduled to be out of town on that date.  Mark Merin will be in

                                           1

1  Tucson taking depositions in a federal case pending in Arizona District Court and is scheduled to depart

2  for Tucson from Sacramento at 2:05 p.m. on March 4, 2010.  Andrew Schwartz is scheduled to be in trial

3  in Los Angeles.

4      I could be available in the morning of March 4, 2010, for an expedited Case Management

5  Conference; I could also be available Friday, March 12, 2010.  Although I am scheduled to start trial in

6  Yolo County on March 9, 2010, I believe the court will be "dark" on Fridays and will, therefore, be able

7  to attend a Case Management Conference on that date.  Certainly, March 19, 2010, is available for both

8  of Plaintiffs' Class Counsel.

9      If the Court is not inclined to alter the date now set for the Expedited Case Management

10  Conference, I ask that I be permitted to appear by telephone – although it is not ideal to handle matters

11  such as this by telephone – at a specific time so that I can adjourn the depositions to participate by

12  telephone.

13  DATED: February 22, 2010      Respectfully submitted,

14      LAW OFFICE OF MARK E. MERIN and
       CASPER, MEADOWS, SCHWARTZ & COOK

15

16      /s/ - "Mark E. Merin"
     By:_____

17      MARK E. MERIN, ESQ.
       Attorney for Plaintiffs

18

19      [~~PROPOSED~~] ORDER

20      Good cause appearing, the Expedited Case Management Conference is reset to __March 4__,

21  2010, at __1:30__ p.m.

22      IT IS SO ORDERED.

23  DATED: ___Feb. 24, 2010___

24  Hon. Jose_____
     Magistrate          Judge Joseph C. Spero    District Court
25  Northern D                        alifornia

26

27

28

2

**PLAINTIFFS' REQUEST FOR A RESETTING OF THE EXPEDITED CMC; [PROPOSED] ORDER**
*Moyle, et al. vs. Contra Costa County, et al.;* USDC, No. Dist., Case No. C 05-02324 JCS