UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MOYLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 05-cv-02324-JCS<br><br>**ORDER RE DISTRIBUTION OF REMAINING SETTLEMENT FUNDS** |

　　　This class action involved claims against Contra Costa County alleging civil rights violations regarding its policy and practice of conducting strip searches of juveniles admitted to the general population of its Juvenile Hall.  The parties entered into a settlement agreement and the Court approved the agreement on March 19, 2010.  On April 25, 2014, after the Claims Administrator had sent out settlement payments to as many class members as it could locate, the Court ordered that the remaining funds be transferred to the Law Offices of Mark Merin, who agreed to "take reasonable steps to locate the remaining class members."  Docket No. 168.  Mr. Merin located an additional five class members.  *See* Docket No. 169.  The parties have now requested guidance as to the recipient of the remaining funds, which amount to $13,806.97.

　　　The Court has broad discretionary powers as to the distribution of unclaimed class action funds.  In designating a cy pres recipient, however, the court "must account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes, and the interests of the silent class members, including their geographic diversity."  *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011).   The parties agree that Loaves and Fishes, which provides community based food programs and partner services that focus on basic needs, would be an appropriate cy pres recipient.  The Court agrees.   Therefore, the Court orders that the remaining settlement funds be paid to

1  Loaves and Fishes of Contra Costa.

2  **IT IS SO ORDERED.**

3  Dated:  April 18, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge